# United States District Court

__Western__ DISTRICT OF __North Carolina__

UNITED STATES OF AMERICA

V.

**DAVID ALLEN HAGEN**

## WARRANT FOR ARREST

CASE NUMBER: 3:07MJ15

The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __DAVID ALLEN HAGEN__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ X ] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him with: Violations of Title 18 U.S.C. § 78j(b) Manipulative and Deceptive Devises; Title 17 C.F.R. 240.10b-5 Employment of Manipulative and Deceptive Devices; Title 15 U.S.C. § 78ff(a) Willful Violations, False and Misleading Statements; Title 18 U.S.C. § 1341 Frauds and Swindles; Title 18, U.S.C. § 1343 Fraud by Wire; Title 18 U.S.C. § 1349 Conspiracy; Title 18 U.S.C. § 371 Conspiracy; Title 18 U.S.C. § 1957& §1956 Money Laundering

| FRANK JOHNS | Clerk of Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *signature* | CHARLOTTE, NC |
| Signature of Issuing officer | Date and Location |
| Bail fixed at $ no bond | by *signature* |
| | Name of Judicial Officer |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |