UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

No. 3:07-CR-239-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| | ) | |
| | ) | |
| DAVID ALLEN HAGEN | ) | |

This matter is hereby SET for a Rule 11 and plea hearing on 6 November 2007 at 9:00 a.m., Federal Courthouse, 310 New Bern Avenue, Raleigh, North Carolina, Courtroom 2. The U.S. Marshal Service is AUTHORIZED to transfer defendant from the Western District of North Carolina to the Eastern District of North Carolina. Upon completion of the hearing, the U.S. Marshal Service shall return defendant to the Western District of North Carolina.

This 29 October 2007.

W. Earl Britt
Senior U.S. District Judge