UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

No. 3:07-CR-239-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| | ) | |
| | ) | |
| DAVID ALLEN HAGEN | ) | |

This matter is before the court on the government's motion to seal the bill of information, plea agreement, the instant motion, and the instant order. The government has made no showing of why sealing is warranted. The motion is DENIED WITHOUT PREJUDICE.

This 8 November 2007.

                              W. Earl Britt
                              Senior U.S. District Judge